# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RIVERA, on behalf of himself and the Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,<br><br>Defendants. | Case No. **CV 22-267-GW-Ex**<br>[Case No. CV 22-2490-GW-Ex]<br><br>**JUDGMENT**<br><br>Complaint Filed: January 12, 2022<br>SAC Filed: Oct. 3, 2022 |
| OSCAR RIVERA, on behalf of the State of California and Aggrieved Employees,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEMS, INC., a Florida Corporation,<br><br>Defendants. | |

Defendants Ryder Integrated Logistics, Inc. and Ryder System, Inc.'s ("Defendants") Motion for Summary Judgment or, Alternatively, Partial Summary Judgment ("Motion") came on regularly for hearing on December 5, 2022, in Courtroom 9D of the above-entitled Court. Appearances by counsel were as reflected on the record. After considering the supporting and opposing papers, the arguments of counsel at the hearing, and all the pertinent records on file, and good cause appearing, the Court GRANTED Defendants' motion for summary judgment. Plaintiff Oscar Rivera's ("Plaintiff") claims in this consolidated action are, thus, dismissed with prejudice.

Therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment shall be entered in favor of Defendants and against Plaintiff and that Plaintiff shall take nothing by way of this consolidated action against Defendants. Furthermore, Defendants shall recover costs of suit from Plaintiff.

**IT IS SO ORDERED.**

Dated: January 5, 2023

_____
Hon. George H. Wu
United States District Judge