JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RIVERA, on behalf of himself and the Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,<br><br>Defendants. | Case No. **CV 22-267-GW-Ex**<br>[Case No. CV 22-2490-GW-Ex]<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS LAWSUIT AND VACATE FEBRUARY 13, 2023 STATUS CONFERENCE**<br><br>[*Filed concurrently with [Defendants' Ex Parte Application*]<br><br>Complaint Filed:   January 12, 2022<br>SAC Filed:            Oct. 3, 2022 |
| OSCAR RIVERA, on behalf of the State of California and Aggrieved Employees,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEMS, INC., a Florida Corporation,<br><br>Defendants. | |

Based on the parties' stipulation, for good cause appearing, IT IS HEREBY ORDERED that:

1. The February 13, 2023 status conference is vacated, and this case should be closed;
2. Plaintiff waives his right to appeal the Judgment entered in this case on January 5, 2023;
3. Defendants' Application to the Clerk to Tax Costs Against Plaintiff filed on January 18, 2023 is withdrawn with prejudice; and
4. The Parties shall each bear their own attorneys' fees and costs as a result of this litigation.

**IT IS SO ORDERED.**

Dated: February 7, 2023

_____
Hon. George H. Wu
United States District Judge

- 1 -

OSCAR RIVERA V. RYDER INTEGRATED LOGISTICS, INC.

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS LAWSUIT AND VACATE FEBRUARY 13, 2023 STATUS CONFERENCE